UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KERRY BROWNING,<br><br>Defendant. | CR 21-30063<br><br>FINAL ORDER<br>OF FORFEITURE |

This Court entered a preliminary order of forfeiture on July 15, 2022, ordering the Defendant to forfeit certain property (the Subject Property), specified as a Sturm, Ruger & Company Incorporated, Long Rifle, bearing serial number 128-75178 and all ammunition seized.

Notice of the preliminary order of forfeiture was given by publication from July 26, 2022, through and including August 24, 2022. No timely claim has been filed.

The Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above are hereby condemned forfeited,

and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED: 10/06/22

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE